UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 22nd day of May, two thousand and thirteen,

In re: Electronic Books Antitrust Litigation

**STIPULATION**
Docket Number: 12-2999cv

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 5/22/2013

_____
Attorney for Appellant
Patricia Millett, Akin Gump Strauss Hauer & Feld LLP
Print Name and Firm

Date: 5/22/2013

_____
Attorney for Appellee
**Jeff Friedman, Hagens Berman**
Print Name and Firm